UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kywan M. Hayes,

    Petitioner,

v.                                                 Case No. 2:16–cv–248

Warden Noble Correctional Institution,     Judge Michael H. Watson
                                                                   Magistrate Judge Jolson

    Respondent.

## ORDER

On March 24, 2017, Magistrate Judge Jolson, to whom this case was referred, issued a report and recommendation ("R&R") recommending that the Court dismiss Kywan M. Hayes's ("Petitioner") habeas petition as the claims therein are either procedurally defaulted or fail on the merits. R&R, ECF No. 17. The R&R advised the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 25, ECF No. 17. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Petitioner's petition for habeas corpus is **DISMISSED**. The Clerk shall enter final judgment for defendant and terminate this case.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT